AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Oct 09, 2025

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| BRIAN HINDS | ) | Case No. 3:25MJ-610 |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about and between the date(s) of August 18, 2025, and October 9, 2025, in the county of Jefferson in the Western District of Kentucky, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | **Distribution of child pornography** |
| 18 U.S.C. § 2252A(a)(5) | **Possession of child pornography** |

This criminal complaint is based on these facts:  See attached Affidavit

XX☐   Continued on the attached sheet

_____
*Complainant's signature*

Patrick Hoernig, FBI Special Agent
*Printed name and title*

*Subscribed and sworn to me telephonically
And signed electronically pursuant to Fed. R.
Crim. P. 4(d) and 4.1.*

Date: October 9, 2025

_____
*Judge's Signature*

City and State: Louisville, Kentucky     Hon. Colin H. Lindsay, U.S. Magistrate Judge
*Printed Name and Title*

ASM