UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Patrick Hoernig, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent (SA) with the Federal Bureau of Investigations (FBI),
and have been employed since April of 2023. I received approximately 18 weeks of training
at the FBI Academy in Quantico, Virginia. During that time, I received training on various
topics, including evidence collection, interviewing, legal procedure and process, source
management, investigative technology, firearms and tactical training, and defensive tactics. I
am currently assigned to the Violent Crimes squad of the FBI's Louisville Field Division. I
am responsible for investigating, among other things, violations concerning crimes against
children, and other violent crimes. I have conducted or participated in surveillance, the
execution of search warrants, and the operation and debriefing of informants.

2.      Before my current assignment, I was a police officer for eight years in Crete,
Illinois, and Jeffersonville, Indiana, where I responded to and investigated state and
municipal crimes. I received approximately 28 weeks of training in the police academy and
on-the-job field training where I learned similar skills outlined above in the FBI academy. I
conducted on scene investigations of numerous natures of criminal offenses including but not
limited to, assault, individual and commercial robberies, various theft offenses, narcotics
violations, firearms violations, fugitives from justice, as well as child sexual and physical
abuse. I have gained experience in conducting these investigations through training and
through everyday work, including executing search warrants, conducting interviews of
individuals trading and producing child sexual abuse material. I have also received Internet
Crimes Against Children (ICAC training), which includes training concerning investigating

and enforcing state and federal child sexual exploitation laws. Often, these crimes involve the use of computers and other digital media to produce, receive, transfer, and/or store depictions of children being sexually abused (often referred to as CSAM – child sex abuse materials).

3.    I graduated in 2014 from Purdue University. I hold a bachelor's degree in Sociology-Criminal Justice.

4.    I submit this application and affidavit in support of a criminal complaint alleging that BRIAN HINDS violated the following statutes:

a.    **18 U.S.C. § 2252A(a)(5) Possession of child pornography,** which prohibits a person from knowingly possessing any child pornography or any material that contains child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

    i.    "Child Pornography," as used herein, is defined in 18 U.S.C. § 2256 (any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct).

b.    **18 U.S.C. § 2252A(a)(2) and (b)(1) Distribution of child pornography**, which prohibits any person from knowingly distributing any child pornography using any means or facility of interstate or foreign commerce or

that has been mailed, or has been shipped or transported in or affecting

interstate or foreign commerce by any means, including by computer.

5.    Because this affidavit is being submitted for the limited purpose of

establishing probable cause in support of a criminal complaint, I have not included each and

every fact known to me concerning this investigation.  I have set forth only those facts that I

believe are necessary to establish probable cause to believe that the defendant committed the

offenses set out herein.

## PROBABLE CAUSE

7.    On September 23, 2025, I was informed of the following information from SA

Alex Hunt with Clevland FBI.

8.    An FBI Online Covert Employee (hereinafter "FBI OCE"), in the performance

of their law enforcement duties, had been active on the Telegram messaging application.

9.    On August 15, 2025, Telegram Username '@FirstFolio' used the Telegram

messaging application to contact the FBI OCE. The FBI OCE and @FirstFolio messaged

between the dates of August 15, 2025, and September 18, 2025. During the conversation,

@FirstFolio distributed one image and four videos of child pornography.

10.    On September 24, 2025, I reviewed the conversations between the FBI OCE

and Telegram user @FirstFolio from August 15, 2025, through September 18, 2025, which

revealed the following:

a.    August 15, 2025, conversation between @FirstFolio and FBI OCE.

- @FirstFolio: Hey

- OCE: Hi

- .......................

- @FirstFolio: Boywatching? [devil emoji]

- OCE: I have sons [devil emoji]

- @FirstFolio: Perfect lol

- @FirstFolio: How old?

- OCE: 9mo and 3yo

- OCE: And a 7yo dau

- OCE: U?

- @FirstFolio: No kids but I really love ages 6 up or so.

b.  On August 18, 2025, at approximately 11:38AM, @FirstFolio used the Telegram application to send one (1) image of Child Pornography to the OCE. The image shows an approximately eight-year-old boy completely naked, lying on a bed with his legs spread. The child's penis is exposed and is the focal point of the image.]

c.  On August 18, 2025, at approximately 2:39PM, @FirstFolio used the Telegram application to send one (1) video of child pornography to the OCE approximately 1 minute and 41 seconds in length. The video depicts an adult masturbating the penis of a pre-pubescent minor boy, approximately eight to ten years old.

- @FirstFolio sent a message on August 18, 2025, at 4:29PM to FBI OCE which states: Love lil hard cocks.

d.  On August 18, 2025, at approximately 4:47PM, @FirstFolio used the Telegram application to send one (1) video of child pornography to the OCE approximately 2 minutes and 32 seconds in length. The video depicts an adult male performing oral sex on a pre-pubescent minor boy approximately five to seven years old. The boy is playing on his phone. The male pulls down the boy's pants exposing the boy's penis and performs oral sex on the boy.

- @FirstFolio sent a message on August 18, 2025, at 5:29PM to FBI OCE which states: that's one of my fave videos.

e. On August 20, 2025, at approximately 3:14PM, @FirstFolio used the Telegram application to send one (1) video of child pornography approximately 1 minute and 3 seconds in length.  The video depicts an adult male sitting down while a prepubescent minor boy approximately six to eight years old is sitting on his lap. The adult male's penis is erect. The adult male inserts his erect penis into the boy.

- @FirstFolio sent a message through the Telegram application on August 20, 2025, at 3:18PM to FBI OCE which states: love it.

f. On August 25, 2025, at approximately 8:46PM, @FirstFolio used the Telegram application to send one (1) video of CSAM approximately 1 minute in length to the OCE.  The video depicts an adult male and a prepubescent minor boy laying on a couch. The boy is approximately 8 to 10 years old. Both the male and the minor are fully nude. The adult male performs oral sex to the anus of a boy while the adult male masturbates himself.  A second adult male is recording the abuse of the child while he masturbates.

g.  On September 11, 2025, at approximately 12:11PM, FBI OCE asks
    @FirstFolio through the Telegram application to send an image of himself
    with his tongue out. @FirstFolio responds and sends one (1) image showing
    the lower half of @FirstFolio's face with his tongue out. The image sent
    matches the characteristics of HINDS.

The following conversation between @FirstFolio and FBI OCE ensues.



- OCE: Tell me the nastiest darkest shit you've done

- @FirstFolio: Messed with a kid I babysat

- OCE: Mmmmm fuck yes how old

- @FirstFolio: 7

- @FirstFolio: My fave age

- OCE: B or g?

- @FirstFolio: B

- OCE: Recently?

- @FirstFolio: No this was a long time ago

- OCE: Bro where u from

- @FirstFolio: KY. You?

- OCE: How old r ya

- @FirstFolio: 50. You?

h. On September 16, 2025, at approximately 8:01AM @FirstFolio sent a message through the Telegram application to the FBI OCE and identifies his profession as a teacher through the following messaging conversation:

- OCE: How is your week going

- @FirstFolio: It's good so far. Busy week. Yours?

- OCE: yeah? What do you do?

- @FirstFolio: I'm a teacher. You?

- OCE: Nice! What ages?

- @FirstFolio: High school

11. On September 11, 2025, legal process served to Telegram Messenger Inc. returned subscriber information for Telegram User @FirstFolio as follows:

a. User #641486937 @FirstFolio

b. Telephone Number: +12076323019

c. Display Name: 1stFolio

d. IP 47.231.92.69 5 Sep 2025 3:30:58 UTC

12. On September 18, 2025, legal process served to AT&T regarding cellular telephone number (207) 632-3019 returned the following subscriber information.

a. Account Number: 633569767

b. Billing Party Name: BRIAN D HINDS

c. Billing Address: 539 W SAINT CATHERINE ST, LOUISVILLE, KY 40203

    d.   Service Start Date: 04/18/2005

    e.   Contact Home Email: BDHINDS@gmail.com

13.     On September 24, 2025, open source database checks for IP address 47.231.92.69 associated with Telegram User @FirstFolio revealed location information for Charter Communications LLC in Louisville Kentucky.

14.     On September 24, 2025, I completed open-source database checks for HINDS identifying him as a teacher at the Youth Performing Arts School at duPont Manual High School, in Louisville, Kentucky.  His image was located in the staff directory which matches his driver's license photograph.



BRIAN HINDS
Teacher
Theatre
brian.hinds@jefferson.kyschools.us

15.     On September 24, 2025, I completed law enforcement database checks for HINDS confirming his Kentucky Driver's License information returns to the residence on W. Saint Catherine Street in Louisville, Kentucky.

16.     On September 24, 2025, at approximately 2:00PM, I conducted surveillance at HINDS place of employment and saw a vehicle registered to HINDS parked in the Staff parking lot of the school. Law enforcement database checks revealed that HINDS is the registered owner of the vehicle. At approximately 2:15PM I observed a white male enter the vehicle matching the physical description of HINDS. The male appeared to be a bald heavy-set white male with a dark brown/orange beard. He was wearing a blue shirt and had black framed eyeglasses. He drove the vehicle out of the parking lot and away from the school.

17.     On September 25, 2025, at 5:30AM, I saw a vehicle registered to HINDS parked in the roadway in front of his residence.

18.    Law enforcement database checks confirmed that the vehicle registered to Hinds was parked in the roadway on West St. Catherine Street in front of his residence hundreds of times between the dates of September 2019 and September 24, 2025.

19.    On September 30, 2025, pursuant to legal process served to Google LLC. for Google account BDHINDS@gmail.com, returned the following subscriber information:

a.   Name: Brian Hinds

b.   Created on: 2005-06-27 02:28:58 Z

c.   Recovery Email address: brian.hinds@jefferson.kyschools.us

d.   Recovery SMS: 12076323019

20.    I obtained a federal search warrant to search HINDS residence and his person for evidence of child pornography offenses.

21.    On October 9, 2025, Louisville Metro Police Department (LMPD) marked police unit performed a traffic stop on HINDS who was operating his personal vehicle. I located HINDS's cellphone (Black iPhone 14 pro) in his rear pocket. HINDS requested to send a text message to his boss for work and provided me with the passcode to his cellular telephone.

22.    HINDS consented to an interview with TFO Lorin Payne and myself at the LMPD Special Victims Unit (SVU). HINDS was informed he was not under arrest, that he was free to leave, he was not placed in handcuffs. HINDS consented to being transported to SVU in the front passenger seat of my vehicle.

23.    I read HINDS his Miranda Rights and HINDS stated he understood his rights. During the course of the interview HINDS provided his phone number of 207-632-3019. Hinds confirmed his personal email address of bhinds@gmail.com. HINDS stated he uses Telegram. HINDS believed he signed up for his Telegram account with his phone number or email. I explained to HINDS if he had seen any images of lude or lascivious images or

sexually explicit images of children on Telegram. Hereinafter, the term "images" refers to the previously established definition of "child pornography".

24.    HINDS stated he has observed images and that he has sent those images and received those images on Telegram from five or six people. HINDS stated he usually meets people on Grindr and then sends messages to their Telegram account that is included in the Grindr biography. People on Telegram will send images of young teens and pre-pubescent boys. HINDS stated that he has attractions to teen and pre-teen boys. HINDS stated he received a dozen images on Telegram. HINDS also stated he sent images on Telegram.

25.    HINDS told investigators that he had been looking at child pornography for the last 30 years.

26.    On October 9, 2025, a preliminary investigation of HINDS Black iPhone 14 Pro was conducted. Phone usage settings revealed an account name of Brian Hinds, cellular telephone number of 207-632-3019, email addresses of bdhinds@gmail.com and Brian.hinds@jefferson.kyschools.us. The Telegram application was located on the device. Telegram account @FirstFolio with display name 1stFolio was logged into the device with an account phone number of 207-632-3019.

27.    The Teleguard application was also located on the device.  Teleguard is an encrypted messaging application with no data storage, designed for privacy.

28.    Investigators located, in the Telegram application, numerous conversations involving the receipt and distribution of child pornography.

29.    Investigators also located, in the Teleguard application, a conversation HINDS had with a Teleguard user that HINDS had received and stored images of child pornography from. Two of those images are described below:

a.  A prepubescent boy between the ages of 10-13 is observed kneeling on a bed bent over. The child is not wearing any pants, and his anus and genitals are exposed. Next to him on the bed are several sex toys.

b. A prepubescent boy approximately 8 to 10 years of age is observed laying on a bed. The boy is posing with his feet in the air above his head. His anus and genitals are fully visible.

30.    Investigators located within the same conversation numerous images of child pornography depicting bondage, some of those images depict children in cages. One of those images is described as follows:

a. A pre-pubescent boy approximately 6 to 8 years old is observed lying on a blue blanket. His hands are tied together with a leather strap. He is wearing a red ball gag that is strapped around his head. He is posing with his feet postured upward. His genitals and anus are exposed.

31.    Investigators also located a non-CSAM photograph of a prepubescent boy that appears to have been taken from another person's social media account.  HINDS sent that photograph to a Teleguard user and they engaged in sexual fantasy discussions regarding what they wanted to do with the child.

**CONCLUSION**

32.    Based upon the information set out herein, I submit that there is probable cause to believe that on August 18, 2025, August 20, 2025, and August 25, 2025, Brian Hinds distributed child pornography in violation of 18 U.S.C. § 2252A(a)(5). And that on October 9, 2025, Brian Hinds possessed child pornography in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1) Distribution of child pornography.


FURTHER AFFIANT SAYEHT NAUGHT

_____

Patrick Hoernig
Special Agent, Federal Bureau of Investigation


Sworn to me and subscribed by telephone, in compliance with Fed. R. Crim. P. 4.1(a) this 9th day of October 2025.

Hon. COLIN H. LINDSAY
United States Magistrate Judge